**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
*Greenbelt Division*

In Re: |
 |
**Terence Anderson** | Case No. **09-23552 PM**
**Karen Anderson** | Chapter 13
Debtor(s) |

**AMENDED OBJECTION TO CONFIRMATION**

Nancy Spencer Grigsby, Chapter 13 Trustee in the above-captioned case ("Trustee"), pursuant to section 1325, generally, of the Bankruptcy Code and Bankruptcy Rule 3015 (f) objects to confirmation of the Debtor(s) Chapter 13 plan. In support of her motion, the Trustee respectfully represents the following:

1. This Chapter 13 case was filed on 07/24/2009. The Debtor's Amended Chapter 13 Plan was filed 04/15/2010 (the "Plan"). The Plan calls for payments of $342.00 for 25 months; then $666.00 for 12 months; then $943.00 for 12 months; then $1,900.00 for 11 months for a total of 60 months.

2. The Debtor(s) has failed to provide documentation supporting the following expenses listed on Schedule J:

    a. Mortgage expense of $3,265.39 per month.

3. The Plan proposes to pay secured creditors in equal monthly installments pursuant to §1325 (a)(5)(B)(iii)(I). However, the amounts proposed are incorrect and/or inadequate to make the intended disbursements.

4. The Plan does not provide sufficient funding to make reasonable distributions to the general unsecured creditors.

5. The Debtor(s) have failed to file a pre-confirmation certification pursuant to Administrative Order 06-01.

6. Given all of the above, the Trustee also questions whether the Debtor(s) has demonstrated a sincere desire to reorganize his/her debts and has presented a Chapter 13 Plan in good faith.

**WHEREFORE**, the Trustee cannot recommend confirmation of the Plan.

Respectfully submitted,

Date:  April 15, 2010

**/s/ Nancy Spencer Grigsby**
Nancy Spencer Grigsby
Chapter 13 Trustee
4201 Mitchellville Road #401
Bowie, Maryland 20716
ngrigsby@ch13md.com
mmclean@ch13md.com

## CERTIFICATE OF SERVICE

I hereby certify that this Objection to Confirmation was served on April 16, 2010 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or by first class mail, postage prepaid to:

Terence Anderson
Karen Anderson
12416 Gladys Retreat Circle
Bowie, MD 20720
*Debtor(s)*

Marc A. Ominsky
Sirody, Frieman & Feldman
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208
*Attorney for Debtor(s)*

**/s/ Nancy Spencer Grigsby**
Chapter 13 Trustee